IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW JAMES MCGONIGLE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LG ELECTRONICS U.S.A., INC.**,<br><br>*Defendant*. | Case No. 25-cv-02700-SDW-JSA<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION** |

This matter having been brought before the Court by Nicholas A. Moschella, Jr. counsel for the Plaintiff McGonigle ("Plaintiff"), on a motion to allow Anthony I. Paronich to appear and participate in the above captioned matter *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS on this 26th day of June 2025**,

**ORDERED** that Plaintiff's Motion be and hereby is granted; and it is further

**ORDERED** that Anthony I. Paronich, a member in good standing of the bar of the State of Massachusetts, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the Law Office of Nicholas A. Moschella, Jr., LLC, attorney of record for Plaintiff, who are admitted to the practice before this Court and shall be held responsible for said papers and for the

1

conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2); and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall notify this Court immediately of any disciplinary charges brought against them in the bar of any other court; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and it is further

**ORDERED** that Mr. Moschella of Law Office of Nicholas A. Moschella, Jr., LLC, may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

s/Jessica S. Allen  
**United States Magistrate Judge**
