<u>VIA CM/ECF</u>
October 6, 2025

Judge Susan D. Wigenton
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:** ***McGonigle v. LG Electronics USA, Inc.***
           **Case No. 2:25-cv-02700-SDW-JSA**
           **Notice of Voluntary Dismissal**

Dear Judge Wigenton:

    We are counsel for Plaintiff McGonigle in the above-referenced action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff McGonigle hereby gives notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

    Thank you for your attention and consideration of this matter.

                                        Respectfully submitted,

                                        *s/ Nicholas A. Moschella, Jr.*

                                        Nicholas A. Moschella, Jr., Esq.

---

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: October 8, 2025